UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN PETER CHRISTY,

        Defendant.

_____/

Case No. 1:14-pt-00018

Honorable Paul L. Maloney

## REPORT AND RECOMMENDATION

Defendant appeared before me with counsel on February 12, 2018, for an initial appearance on the petition for warrant or summons for offender under supervision. As a condition of defendant's release pending his final revocation hearing before the Honorable Paul L. Maloney, I asked defendant if he would agree to the following modification to his supervised release:

> **Defendant must not access or possess any computer, or computer-related devices, other electronic communication, data storage devices or media in any manner or for any purpose.**

The defendant and his attorney both consented on the record to the modification.

For the reasons stated on the record, I recommend that the Court enter an Order modifying defendant's conditions of supervision as stated above. It is further recommended that this Report & Recommendation be adopted immediately, subject to change should any timely objections be filed.

Date: February 14, 2018

RAY KENT
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the filing of this Report and Recommendation.