UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                   Case No. 1:14-pt-18

v.                                              HONORABLE PAUL L. MALONEY

JONATHAN PETER CHRISTY,

       Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 12). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's conditions of supervision are modified as follows pending his final revocation hearing: **Defendant must not access or possess any computer, or computer-related devices, other electronic communication, data storage devices or media in any manner or for any purpose.**

Dated: February 16, 2018                                      /s/ Paul L. Maloney_____
                                                                         Paul L. Maloney
                                                                         United States District Judge